UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ELLIOTT D. GOODIN,<br><br>                Plaintiff,<br><br>v.<br><br>COMMISSIONER MICHELLE L. RESSA, and LISA LYDON,<br><br>                Defendants. | NO: 2:21-CV-0167-TOR<br><br>ORDER OF DISMISSAL WITHOUT PREJUDICE |

BEFORE THE COURT is Plaintiff's Motion to Voluntarily Dismiss (ECF No. 10). Because Defendants have neither filed an answer nor moved for summary judgment, Plaintiff has an absolute right to voluntarily dismiss this case. Fed. R. Civ. P. 41(a)(1)(A)(i).

**ACCORDINGLY, IT IS HEREBY ORDERED**:

All claims and causes of action in this matter are **DISMISSED** without prejudice and without costs or fees to any party.

ORDER OF DISMISSAL WITHOUT PREJUDICE ~ 1

The District Court Executive is directed to enter this Order and Judgment accordingly, furnish copies to Plaintiff, and **CLOSE** the file.

**DATED** July 30, 2021.



THOMAS O. RICE
United States District Judge